389 P.3d 138

**HAWAIIAN DREDGING CONSTRUC-
TION COMPANY, INC., Plaintiff-
Appellant,**

v.

**FUJIKAWA ASSOCIATES INC. dba
Continental Mechanical of the
Pacific, Defendant-Appellee
NO. CAAP-14-0000842**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 17, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 13-
1-0900)

MEMORANDUM OPINION

Vacated. Remanded.